# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA
V.
RICKY L. REID (dob: 10/19/1982)

**CRIMINAL COMPLAINT**

CASE NUMBER: 06 M-456

I, David Dalland, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Count One:** On August 16, 2006, in the State and Eastern District of Wisconsin, Ricky L. Reid, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had moved in interstate and foreign commerce, the possession of which was therefore in and affecting commerce. All in violation of Title 18, United States Code, Section 922(g)(1).

**Count Two:** On August 16, 2006, in the State and Eastern District of Wisconsin, Ricky L. Reid, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed ammunition which, prior to his possession of it, had moved in interstate and foreign commerce, the possession of which was therefore in and affecting commerce. All in violation of Title 18, United States Code, Section 922(g)(1).

**Count Three:** On August 16, 2006, in the State and Eastern District of Wisconsin, Ricky L. Reid, knowingly and intentionally leased, rented, used and maintained a place, namely 4618 West Congress, Milwaukee, Wisconsin, for the purpose of manufacturing and distributing cocaine and cocaine base in the form of crack cocaine, both Schedule II controlled substances. All in violation of Title 21, United States Code, Section 856(a)(1).

**Count Four:** Beginning at least by early 2005, and continuing until August 16, 2006, in the Eastern District of Wisconsin, Ricky L. Reid, knowingly and intentionally conspired with persons known and unknown to possess with the intent to distribute in excess of 50 grams of cocaine base in the form of crack cocaine, a Schedule II controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

I further state that I am a Task Force Agent with the Milwaukee High Intensity Drug Trafficking Area's Drug/Gang Task Force, and that this complaint is based on my attached affidavit, which is hereby incorporated and made a part this complaint.

David Dalland
Task Force Agent, HIDTA
Signature of Complainant

Sworn to before me and subscribed in my presence,

September 8th, 2006
Date

at Milwaukee, Wisconsin
City and State

The Honorable William E. Callahan, Jr.
United States Magistrate Judge
**Name & Title of Judicial Officer**

Signature of Judicial Officer

# Affidavit in support of criminal complaint and arrest warrant for Ricky L. Reid a/k/a "Ziggy"

I, David Dalland, do hereby depose and state:

1. I am employed as a Milwaukee Police Detective and have been so employed for 16 years. I am also a federally deputized task force officer with the Federal Bureau of Investigation. For the past one year, I have been assigned to the Milwaukee High Intensity Drug Trafficking Area (HIDTA) Joint Drug Gang Task Force. I currently work almost exclusively investigating violations of state and federal controlled substances laws and related money laundering and firearms laws (Title 21, United States Code, 841 (a)(1), 846, and Title 18, United States Code, 922, 924(c), 1956 and 1957) and other related offenses. I have had both formal training and have participated in numerous complex narcotics trafficking investigations, including ones using wiretaps.

2. On August 16, 2006, Detective Lynda Stott and I located Reid's white GMC Yukon parked near 5071 N. 20th Street. We and other officers eventually followed Reid to a residence which we knew Reid to be renting, 4618 West Congress. The owner/landlord of that home is CS-1.

3. We detained Reid and advised him of his *Miranda* rights. We previously had obtained a state search warrant for the West Congress residence. We advised Reid of that fact and he provided to us the keys to the residence. No one else was in the residence, and it did not appear from its layout and the belongings in the residence that anyone else resided there. The residence is a very small, one-story, one-bedroom residence.

4. In the bedroom, Det. Stott located men's jewelry, men's clothing, paperwork in the name of Ricky Reid, and a "California Safe"[1] in the form of a candle containing $1,300. In the living room, agents found more jewelry, and bank statements in Reid's name. In the kitchen, agents found two more California safes (this time a Pringles Potato Chip container and an Ajax container) both of which were empty, but both containing a strong odor of cocaine. They also found two plastic mixing bowls and an electric handheld mixer with cocaine base residue, a box of baking soda and sandwich bags on the sink, two cell phones, and chunks of crack cocaine residue inside the microwave. Based upon my training and experience, it appeared that Reid was using the kitchen to cook cocaine into crack cocaine.

5. In a kitchen drawer, agents found a box of 9mm Makarov ammunition, two baggies containing 9mm hollow point rounds and .40 caliber rounds. In the hallway on the floor, they found a 9mm R.P. casing on the floor. From the sun porch, FBI SA Doug Porrini recovered

---

[1] A California Safe is an object that appears to be a household item, but in fact is a hollowed-out storage container. They are oftentimes used by drug dealers to secrete drugs or money.

9mm Winchester hollow point cartridges, and a .380 cartridge. ATF Agents have examined the ammunition and determined that it was not manufactured in the State of Wisconsin.

6. I searched the den. In a floor vent near the door, I found a loaded Taurus 5 shot revolver, with serial number XF10174, inside a black sock. Police reports indicate that the gun was reported stolen on July 18, 2005. However, according to several informants, Reid has resided at the West Congress residence since early 2005.

7. I know that Reid is a convicted felon, having been convicted and sentenced in late July 2006, for being a felon in possession of a firearm.

8. In addition to the above-cited information from August 16, 2006, Det. Stott and I have been investigating, since early 2005, a larger cocaine trafficking organization of which Reid is a member. By the Fall of 2005, I and other agents had identified a residence in the 3800 block of North 13th Street, Milwaukee, as a central hub for the conspiracy's activities, including cooking cocaine into crack and distributing cocaine and crack to lower-level distributors.

9. Specifically, on October 12, 2005, I was doing surveillance at 3804 N. 13th Street, the residence used by CS-1 and CS-3 to conduct the bulk of their drug business. At around 5:15 p.m., I observed an individual believed to be Reid leaving the residence and drive away in a black Dodge Intrepid, WI Plate 891-EVZ. About 30 minutes later, he returned to the residence. He sat in his car for several minutes and then went into the house. He stayed about 10 minutes and then left again.

10. On October 20, 2005, during a court-authorized wire interception being conducted on CS-1's cellular telephone, an outgoing call was intercepted wherein CS-1 called Ricky Reid looking to collect money. CS-1 also asked about a rental car. On November 21, 2005, a call was intercepted wherein Reid called CS-1. During the conversation, CS-1 told Reid that he was going to swing through to get the "paperwork," referring to money collected from drugs that were fronted to Reid.

11. In addition, after arrests were made in the investigation in February 2006, many defendants have cooperated. At set forth below, at least five cooperating defendants have provided information about Reid's on-going drug trafficking activities and involvement with them. All five are currently charged defendants, and all are cooperating with the government in hopes of receiving a sentence reduction.

12. On December 1, 2005, CS-1 was arrested and immediately agreed to cooperate. In interviews conducted since that time, CS-1 has identified Reid as living at CS-1's rental property, 4618 West Congress. CS-1 said that Reid obtains cocaine from CS-1 which he re-sells, and sometimes rents cars which Reid uses to drive to Michigan to get cocaine. CS-1 said that Reid typically carries pistols. In a more thorough debriefing done with CS-1 on December 21, 2005, CS-1 explained that Reid had warned CS-1 that the police were watching 3804 N. 13th

2

Street and may have been taking video during surveillance. He identified Reid's car as the black Dodge Intrepid. CS-1 said he had provided 4½ ounce quantities of cocaine to Reid, which Reid re-sells, at least 10 times in 2005. CS-1 reported seeing Reid with a pistol several times in the past year, and believed that Reid kept it at the Congress residence. CS-1 reported that CS-3 also sold cocaine to Reid directly.

13. In a debriefing of CS-3, CS-3 identified Reid, Reid's Congress residence, and the black Dodge Intrepid. CS-3 said that Reid would purchase 2 to 4½ ounces of cocaine once or twice per month from CS-3 during Summer 2005.

14. CS-2 was one of CS-1's sources, and is CS-1's nephew. CS-2 identified Reid's West Congress residence, and the Intrepid. CS-2 said he sold to Reid 4½ ounces of cocaine on one occasion in September 2005, but that Reid was regularly receiving 4½ ounce quantities of cocaine from CS-1 at the 13th Street residence during late 2004 and early 2005. CS-2 also reported having observed Reid with a .40 caliber Glock on several occasions. CS-2 stated that a person known as "Little Mark" sells cocaine for Reid.

15. CS-4 recalled that since June 2005, he was present on four or five occasions at the 13th Street residence when Reid was waiting for 4 ½ ounce quantities of cocaine from CS-1. CS-4 observed CS-1 cook up the cocaine into crack at the residence for Reid on at least one of those occasions.

16. CS-5 stated that when CS-5 was the 13th Street address in the Summer of 2005, he would often see Reid there receiving 4½ ounce quantities from CS-1. CS-5 said that on four or five occasions, he observed CS-1 cooking 4½ ounce quantities of cocaine into crack for Reid.

17. CS-6 (who is currently detained in federal custody) told law enforcement that in July 2006, he had heard through a third party that Reid was planning to drive to Detroit in a few days to pick up cocaine. CS-6 said that Reid usually picks up ½ kilogram of cocaine at a time, and takes these trips to Michigan every couple of weeks. CS-6 said that Reid owns a Glock .40 and a 9mm which he keeps at his West Congress residence. CS-6 said that Reid cooks cocaine into crack at the West Congress residence and sometimes stores it there. Finally, CS-6 said that he had seen Reid at the 13th Street several times.

3